**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 03-6094**

————————————

BRIAN ANTHONY BOYD,

Plaintiff - Appellant,

versus

OFFICER BELL; EDDIE PEARSON, Warden; RONALD
ANGELONE, Director, Virginia Department of
Corrections; DAVID EVERETTE, Security Warden;
VIRGINIA DEPARTMENT OF CORRECTIONS; OFFICER
BANKS; OFFICER KENNON; HOUSTON L. SHIFFLETT;
JOHN DOE; JANE DOE,

Defendants - Appellees.

————————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-01-1745-AM)

————————————

Submitted: March 20, 2003          Decided: March 31, 2003

————————————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Brian Anthony Boyd, Appellant Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brian Anthony Boyd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Boyd v. Bell</u>, No. CA-01-1745-AM (E.D. Va. filed Dec. 2, 2002 & entered Dec. 5, 2002). We deny Boyd's motion for a transcript at government expense as the district court did not conduct a hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>